UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 5: 21-074-DCR |
| Plaintiff/Respondent, | ) | and |
| | ) | Civil Action No. 5: 24-277-DCR |
| V. | ) | |
| | ) | |
| BUD HEMBREE, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant/Movant Bud Hembree has filed a motion seeking to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. [Record No. 260] Consistent with local practice, the matter was referred to a United States Magistrate Judge for preparation of a Report and Recommendation ("R&R").  On February 12, 2025, United States Magistrate Judge Edward B. Atkins issued his R&R, recommending the denial of Hembree's motion.  [Record No. 274]  Neither party filed timely objections to the R&R.

This Court must make a *de novo* determination of those portions of the magistrate judge's recommendation to which objections are made.  *See* 28 U.S.C. § 636(b)(1)(C). However, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Accordingly, the R&R will be adopted and the relief sought by the defendant will be denied.

The undersigned also concludes that a Certificate of Appealability should not issue under 28 U.S.C. § 2253(c).  A certificate of appealability should be granted "only if the

applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a movant must show that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Miller-El v. Cockrell*, 537 U.S. 322, 349-50 (2003). Here, reasonable jurists would not find the denial of Hembree's claims to be debatable or wrong, as none present a close question.

Based on the foregoing, it is hereby **ORDERED** as follows:

1.      United States Magistrate Judge Edward B. Atkins' Report and Recommendation [Record No. 274] is **ADOPTED** and **INCORPORATED** by reference.

2.      Defendant/Movant Bud Hembree's motion to vacate, set aside, or correct his sentence [Record No. 260] is **DENIED**.

3.      Defendant/Movant Hembree's claims are **DISMISSED**, with prejudice, and his collateral proceeding [Civil Action No. 5: 24-277] is **STRICKEN** from the docket.

3.      A Certificate of Appealability will not issue.

Dated: March 5, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky